IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:24-cv-2516-X |
| BULLNOSE MASONRY, LLC, | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed.1 The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Plaintiff Frankenmuth Mutual Insurance Company's Motion for Attorneys' Fees [Dkt. No. 16].

The Court further **ORDERS** Frankenmuth to refile its motion and file an unredacted copy of their billing records under seal within fourteen (14) days of the issuance of this order.

---

1 In Frankenmuth's Objection to the Report and Recommendation, it concedes that the records were overly redacted and seeeks opportunity to supplement their motion with corrected records. Doc. 21 at 1–4.  So Frankenmuth did not identify any errors made by the Magistrate Judge that would merit de novo review.

SO ORDERED this 4th day of March, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE