UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANKENMUTH MUTUAL INSURANCE CO., *Plaintiff*, v. BULLNOSE MASONRY, LLC, *Defendant*. | § § § § § § § § § § | Civil Action No. 3:24-CV-2516-X |

**MEMORANDUM OPINION AND ORDER ON ATTORNEY'S FEES**

Before the Court is plaintiff Frankenmuth Mutual Insurance Company's (Frankenmuth) Renewed Motion for Attorney's Fees (Motion). (Doc. 24). Having carefully considered Frankenmuth's briefing and the law, the Court **GRANTS** the Motion, awarding $14,144.00 in attorney's fees.

The Court granted Frankenmuth's motion for default judgment on its breach of contract and negligence claims against Defendant Bullnose Masonry, LLC. (Bullnose). Frankenmuth was awarded $448,440.00 in actual damages, $22,208.15 in pre-judgment interest, and post-judgment interest at 4.12% against Bullnose. The Court also ordered Frankenmuth to file a bill of costs and a motion for attorney's fees within 14 days of the date of the order.

Under Texas law, a party may recover reasonable attorney's fees in addition to the amount of a valid claim when the claim is for a contract.[1] The Court uses the

[1] TEX. CIV. PRAC. & REM. CODE § 38.001(b)(8).

time-honored lodestar method as its guide for attorney's fees. The lodestar is the number of hours reasonably expended multiplied by the prevailing hourly rate in the community for similar work.[2]

The Court finds that the resulting lodestar is $14,144.00. This amount represents 7.2 hours billed by Emory Allen at the hourly rate of $275, 42 hours billed by Wesley Osborn at an hourly rate of $225, 8.2 hours billed by Hollis Nix at an hourly rate of $225, and 7.9 hours billed by Chelsea Thomason at an hourly rate of $110.[3] The Court finds this amount reflects the reasonable and necessary attorney's fees to which Frankenmuth is entitled as the prevailing party.

For the foregoing reasons, the Court **GRANTS** Frankenmuth's Motion against Bullnose. The Court awards Frankenmuth $14,144.00 in attorney's fees.

**IT IS SO ORDERED** this 7th day of August 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

[2] *Combs v. City of Huntington*, 829 F.3d 388, 392 (5th Cir. 2016).

[3] Doc. 25-1 at 3–4.